■ In the Matter of John A. Di Lascia, an Attorney, Respondent.— During the pendency of disciplinary proceedings, respondent submitted his resignation as an attorney and counselor at law. Resignation accepted and respondent's name ordered to be struck from the roll of attorneys. Nolan, P. J., Beldock, Ughetta and Kleinfeld, JJ., concur.

■ In the Matter of the Probate of the Will of John B. Heyward, Deceased. Viola C. Heyward, Appellant; Lillian B. Heyward, as Executrix, Respondent.— Motion by respondent to dismiss appeal denied on condition that, within 30 days after the entry of the order hereon, appellant shall file the undertaking prescribed by statute (Surrogate's Ct. Act, § 298); and on the further condition that appellant perfect the appeal for the October Term, commencing October 3, 1960, for which term the appeal is ordered to be placed on the calendar. Cross motion by appellant for leave to appeal as a poor person or to dispense with printing, for an extension of time to file the statutory undertaking (Surrogate's Ct. Act, § 298), and for a stay. Motion granted to the extent of: (a) permitting the appellant to dispense with printing and to prosecute the appeal on the original papers (including the typed minutes) and on typewritten briefs; and (b) extending, until 30 days after the entry of the order hereon, appellant's time to file the statutory undertaking. In all other respects the motion is denied, without costs. Appellant is directed to file five copies of her brief and to serve one copy thereof on the attorneys for respondent. The appellant's brief must be served and filed on or before September 1, 1960. Nolan, P. J., Beldock, Ughetta, Kleinfeld and Christ, JJ., concur.

■ In the Matter of Gene Howard, an Attorney, Respondent.— Motion to modify order of suspension denied. Beldock, Acting P. J., Christ, Pette and Brennan, JJ., concur.

■ In the Matter of Queens County Bar Association, Petitioner. Milton M. Karpel, Admitted as Milton Murray Karpel, an Attorney, Respondent.— Motions for reargument or for leave to appeal to the Court of Appeals referred to the court that rendered the decision. Beldock, Acting P. J., Christ, Pette and Brennan, JJ., concur. Motions for reargument denied. Motions for leave to appeal to the Court of Appeals denied. Beldock, Ughetta, Christ and Pette, JJ., concur; Nolan, P. J., not voting.

■ Madeline Malavarco, as Administratrix of the Estate of Sam Malavarco, Deceased, Appellant, v. Village of Dobbs Ferry et al., Respondents.— Motion for leave to appeal as a poor person denied. On the court's own motion, the appeal will be heard on a typewritten record (including the typed minutes) and on a typewritten brief. Appellant is directed to file two copies of the record and five copies of appellant's brief, and to serve one copy of the record and the brief on the attorneys for respondents. The appellant's time to perfect the appeal is enlarged to the October 1960 Term, beginning October 3, 1960, for which term the appeal is ordered to be placed on the calendar. Nolan, P. J., Beldock, Ughetta, Kleinfeld and Christ, JJ., concur.